# ELECTRONIC RECORD

| | | |
|---|---|---|
| COA # 05-13-00181-CR | OFFENSE: | 22.02 |
| STYLE: Jose Ismael Arreola v. The State of Texas | COUNTY: | Dallas |
| COA DISPOSITION: AFFIRM | TRIAL COURT: | 195th Judicial District Court |
| DATE: 12/5/2014      Publish: NO | TC CASE #: | F-12-00581-N |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jose Ismael Arreola v. The State of Texas

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 03/18/2015

JUDGE: Per Curiam

CCA #: 1666-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD